# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONY JOSEPH TABOR (#478277)** | **CIVIL ACTION NO.** |
| **VERSUS** | **20-443-SDD-EWD** |
| **TIM HOOPER, ET AL.** | |

## RULING

On or about July 8, 2020, the *pro se* Plaintiff, a person confined at the Elayn Hunt Correctional Center in St. Gabriel, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1]  Plaintiff failed to submit either the filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account, so pursuant to correspondence dated July 13, 2020, the Court directed Plaintiff to submit either the full filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[2]

A review of the record by the Court reflects that, despite notice, Plaintiff has failed to respond to the Court's directives.  As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified.  Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 3.

**IT IS HEREBY ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE**.  Judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that Plaintiff's deficient Motion to Proceed *in Forma Pauperis*[3] is **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana on August 17, 2020.


**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] R. Doc. 2.