## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TONY JOSEPH TABOR (#478277)          CIVIL ACTION NO.

VERSUS          20-443-SDD-EWD

TIM HOOPER, ET AL.

## RULING

This matter comes before the Court on Plaintiff's Statement of Account,[1] which the Court interprets to be Motions for Relief from Judgment brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The Motion shall be granted.

Pursuant to Judgment dated August 18, 2020,[2] the above-captioned proceeding was dismissed for failure of Plaintiff to correct the deficiencies in his pleadings of which he was notified. Plaintiff did not take an appeal from that Judgment. Now, Plaintiff has submitted a statement of account to the Court in an apparent attempt to correct the noted deficiency. He thus seeks to re-open this proceeding and obtain a substantive consideration of his original claim.

Rule 60(b) provides that relief from a judgment or order may be had for (1) mistake, inadvertence, surprise, or excusable neglect, (2) newly discovered evidence, (3) fraud, misrepresentation or misconduct by an opposing party, (4) a void judgment, (5) a judgment that has already been satisfied, is no longer equitable, or has effectively been overturned, or (6) any other reason that justifies such relief. It appears Plaintiff was unable to mail the statement of account and thus, cure the deficiency in his action because he was on suicide watch.[3] Thus, giving Plaintiff the full benefit of the doubt, the Court will reinstate his claims. Accordingly,

---

[1] R. Doc. 7.
[2] R. Doc. 5.
[3] R. Doc. 7-1, p. 1.

**IT IS ORDERED** that Plaintiff's Motions for Relief from Judgment[4] be and is hereby **GRANTED** and the Clerk of Court is directed to reinstate Plaintiff's claims on this docket along with Plaintiff's Motion to Proceed *in Forma Pauperis*,[5] which was terminated upon the closure of this action.

Signed in Baton Rouge, Louisiana on October 28, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] R. Doc. 7.
[5] R. Doc. 2.