# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TABOR

VERSUS

HOOPER, ET AL.

CIVIL ACTION

20-443-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 19, 2021, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's federal claims are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims, and Plaintiff's request for injunctive

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 35.
[3] Rec. Doc. 36.

relief[4] is hereby DENIED.  All other pending motions are denied as moot and this matter is dismissed in its entirety.

Signed in Baton Rouge, Louisiana on <u>September 9, 2021</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] Rec. Doc. 8.